IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>   Charles L Lentz Jr<br><br>   Debtor(s).<br><br>RUSSELL C. SIMON,<br><br>   Chapter 13 Trustee/Objector,<br>       v.<br>REGIONS BANK<br>   (Claim # 3),<br>      Creditor/Respondent. | In proceedings under<br>Chapter 13<br><br>Bk. No.:  18-30791 |

## NOTICE OF OBJECTION TO CLAIM

An objection to your claim has been filed this date with the U.S. Bankruptcy Court for the Southern District of Illinois, 750 Missouri Ave., East St. Louis, IL 62201.  A copy is attached hereto.

Any response in opposition to the objection must be filed with the Court within thirty (30) days of the date of this Notice, with a copy forwarded to all interested parties.  If no response is filed, the Court may enter an order sustaining the objection and disallowing or modifying the claim without further notice to any party.

If a response is filed, a hearing on the objection will be held at **9:00 a.m.** on **Thursday, August 30, 2018**, before the **United States Bankruptcy Court for the Southern District of Illinois, 750 Missouri Ave., East St. Louis, IL 62201**.  If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order on the objection.  You will receive no further notice of the hearing.

                                        **/s/ Russell C. Simon**
                                        RUSSELL C. SIMON, Trustee
                                        Chapter 13 Trustee
                                        24 Bronze Pointe
                                        Swansea, Illinois  62226
                                        Telephone: (618) 277-0086
                                        Telecopier: (618) 234-0124

Dated: July 18, 2018
MB

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Trustee's Notice of Objection to Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, July 18, 2018.

/s/Mindy

Charles L Lentz Jr
1336 S Pine St
Centralia, IL  62801

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269

REGIONS BANK
P. O. BOX 11407
BIRMINGHAM, AL 35246-0019

REGIONS BANK
P. O. BOX 10063
BIRMINGHAM, AL 35202

REGIONS BANK
ATTN: GRAYSON HALL, PRESIDENT AND CEO
1900 FIFTH AVE N
BIRMINGHAM, AL 35203
Certified Mail