## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| Charles L Lentz Jr | ) | |
| | ) | Under Chapter 13 |
| | ) | |
| Debtor./Debtors. | ) | Bk. No.: 18-30791 |
| | ) | |
| RUSSELL C. SIMON, TRUSTEE | ) | |
| Objector. | ) | |
| | ) | |
| REGIONS BANK | ) | |
| CLAIM #2-2 | ) | |
| Creditor/Respondent. | ) | |

### TRUSTEE'S OBJECTION TO CLAIM #2-2 FILED BY REGIONS BANK

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim of the above named creditor filed in this proceeding. The Trustee OBJECTS for the following reasons:

1. On July 27, 2018, Regions Bank ("Creditor") filed amended Claim No. 2-2.

2. Pursuant to Section No. 7, the total amount of the claim is $20,708.15; however, pursuant to Section No. 9, the claim is not secured and the unsecured amount is $17,981.36.

3. Due to the inconsistent claim amounts on the face of the claim, the Trustee is unable to properly administer this claim.

4. Based upon the foregoing, the Trustee prays that Claim No. 2-2 be disallowed in its entirety, with leave for the Creditor to file a new or amended claim to correct this inconsistency.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that Claim #2-2 is disallowed in its entirety and for all other relief this Court deems just and equitable.

Respectfully Submitted,

/s/ Russell C. Simon
Russell C. Simon, Chapter 13 Trustee
24 Bronze Pointe
Swansea, Illinois 62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified by first class mail on this 7th day of August. 2018:

                                                /s/Rebecca S.

Charles L Lentz Jr
1336 S Pine St
Centralia, IL 62801

.J D GRAHAM
1 EAGLE CENTER STE 3A
OFALLON, IL 62269

REGIONS BANK
C/O MATHIS MARIFIAN & RICHTER
101 W VANDALIA ST STE 100
EDWARDSVILLE, IL 62025

REGIONS BANK
ATTN: GRAYSON HALL, PRESIDENT AND CEO
1900 FIFTH AVE N
BIRMINGHAM, AL 35203
Certified Mail