IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTICE TO FILER OF ERRORS AND/OR DEFICIENCIES
IN ELECTRONICALLY FILED DOCUMENTS**

DATE: August 15, 2018

DEBTOR NAME:   Charles L Lentz, Jr.                                       FILER:   Regions Bank

CASE NO.:   18−30791−lkg                      ADVERSARY NO.:

DOCUMENT NO.:   POC 2−3                      DOCUMENT TITLE:   Proof of Claim #2−3

Pursuant to this Court's General Order or Local Rule and / or the Federal Rules of Bankruptcy Procedure, one of the following errors / deficiencies has been identified in the document listed above which has been filed with the Court. However, no action will be taken on the pleading by the Court because of the following reason(s):

☐   Document entered in wrong case

☐   Document linked incorrectly

☐   Incorrect document type selected (PDF and event do not match)

☑   PDF Document is incomplete:

☐   Certificate of Service is incomplete

☐   Certificate of Service is missing

☐   Objection date is incorrect

☐   Objection date is missing

☐   Hearing information is incorrect

☐   Hearing information is missing

☐   Case Closed

☐   Supplemental Schedule does not comply with General Order 13−1

☑   Other:   PDF document did not contain Proof of Claim form. No further action required, document has been re−filed.

The stated deficiency(s) must be corrected and the entire document re−filed. Failure to do so may result in this Court taking such further additional action it deems appropriate, which may include striking the document(s) or dismissing the case without further notice or hearing.